JANUARY 8, 1990

No. 89–556. LOUISIANA EX REL. GUSTE, ATTORNEY GENERAL OF LOUISIANA v. UNITED STATES ET AL.;
No. 89–557. BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE v. UNITED STATES ET AL.; and
No. 89–771. LOUISIANA EX REL. ROEMER, GOVERNOR OF LOUISIANA v. UNITED STATES ET AL. Appeals from D. C. E. D. La. dismissed for want of jurisdiction. Reported below: 692 F. Supp. 642; 718 F. Supp. 499, 521, and 525.

No. 89–6061. RAWLS v. UNITED STATES. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 89–647. CITY OF IDAHO FALLS, IDAHO v. PROJECT 80'S, INC., ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Board of Trustees of State University of N. Y.* v. *Fox*, 492 U. S. 469 (1989).

No. 89–5991. PATTERSON v. SOUTH CAROLINA. Sup. Ct. S. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Griffith* v. *Kentucky*, 479 U. S. 314 (1987).

No. — – ——. BREWER v. OKLAHOMA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – ——. FLEMING v. DISTRICT COURT FOR THE COUNTY OF EL PASO, COLORADO, ET AL.; and
No. — – ——. SALTER v. GOLDBERG ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.